IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA F. HARRISON and Sandra F. Harrison, Administratrix of the Estate of CARL R. HARRISON | : : : : | 1:18-cv-1244 |
| Plaintiff, | : : | Hon. John E. Jones III |
| v. | : : | |
| OCWEN LOAN SERVICING, LLC, | : : | |
| Defendant. | : | |

## ORDER

**September 27, 2017**

Presently before the Court is Defendant's motion to dismiss. (Doc. 6). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. 6) is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

<u>s/John E. Jones III</u>
John E. Jones III
United States District Judge